IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANDREA CHABLE, ANDREA CHABLE IANF AR. M., ANDREA CHABLE IANF AN. M. AND RAUL AGUILAR GUTIERREZ, <br> *Plaintiffs,* <br><br> v. <br><br> ALI SAQAR ALRUSAITEM AND ORD TRANS, INC., <br> *Defendants.* | § § § § § § § § § § § | CASE NO. 5:23-cv-00924-JKP <br> *(Jury requested)* |

### DEFENDANTS' COUNTERCLAIM FOR CONTRIBUTION CLAIM AGAINST RAUL AGUILAR GUTIERREZ

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME ALI SAQAR ALRUSAITEM, and ORD TRANS, INC., (hereinafter 'Defendants") and file this Counterclaim for Contribution Claim against Plaintiff RAUL AGUILAR GUTIERREZ, regarding the remaining Plaintiffs, ANDREA CHABLE, ANDREA CHABLE IANF AR. M., and ANDREA CHABLE IANF AN. M.'s damages, and would respectfully show unto the Court as follows:

I.

RAUL AGUILAR GUTIERREZ has already appeared in this case, and personal service is not necessary. Pursuant to Rules 4 and 4(e) of The Federal Rules of Civil Procedure, RAUL AGUILAR GUTIERREZ, may be served with this Claim by serving his attorney of record. Citation is not necessary as RAUL AGUILAR GUTIERREZ has entered an appearance in the main

case and, therefore, is before the court for all purposes, and a judgment may be rendered against him.[1]

This court has jurisdiction over the subject matter of this case because there is total diversity and Plaintiffs' demands are in excess of $75,000.[2] Plaintiffs, Andrea Chable, Andrea Chable as Next Friend of Ar., Andrea Chable as Next Friend of An. M. and Raul Aguilar Gutierrez are citizens of Texas residing in Bexar County, Texas.[3] Defendant Ali Saqar Alrusaitem is a citizen of Arizona.[4] Defendant, ORD Trans, Inc. is a foreign corporation with its registered agent and principal place of business in Illinois.[5] Further, Plaintiffs' Original Petition affirmatively asserts that they "seek relief over one million dollars $1,000,000.00".[6] Venue for this case is proper in Bexar County as it is where the subject accident occurred.

After a motor vehicle collision on December 30, 2021, Plaintiffs brought personal injury claims against Defendants. In the unlikely event that Plaintiffs should recover from Defendants, Defendants will show that RAUL AGUILAR GUTIERREZ's conduct was responsible for the subject accident and any resulting damages to the remaining Plaintiffs, ANDREA CHABLE, ANDREA CHABLE AS NEXT FRIEND OF AR., and ANDREA CHABLE AS NEXT FRIEND OF AN. M.

Defendants would show that Raul Aguilar Gutierrez was, in fact, guilty of various acts and/or omissions of negligence, each and all of which were a proximate and/or sole cause of the subject accident and/or Plaintiffs' injuries. Specifically, Raul Aguilar Gutierrez failed to keep a

---

[1] Fed. R. Civ. P. 13 (a) (1).
[2] *See* 28 U.S.C. § 1332 and § 1441.
[3] *See* Plaintiff's Original Petition as Exhibit A.
[4] *Id.*
[5] *Id.*
[6] *See* Plaintiff's Original Petition as Exhibit A, paragraph 11.

proper lookout, took faulty evasive action, was inattentive, among other negligent conduct.[7] This negligent conduct caused and/or contributed to the harm for which damages are being sought by Plaintiffs. Raul Aguilar Gutierrez is liable for any damages or harm to Plaintiffs for which he was either a proximate or producing cause.

Defendants are entitled to contribution against RAUL AGUILAR GUTIERREZ, regarding any damages awarded to Plaintiffs pursuant to statute and common law, including but not limited to, Section 33.015 of the Texas Civil Practice and Remedies Code.

Accordingly, Defendants respectfully request RAUL AGUILAR GUTIERREZ, be cited according to law for contribution and to answer herein. Defendants seek such other and further relief to which they may be justly entitled to in law or equity.

Respectfully submitted,

By: /s/ Gregory J. Peterson
GREGORY J. PETERSON
"Attorney in Charge"
Federal ID No. 996381
State Bar No. 24057580
GOLDMAN & PETERSON, PLLC
10100 Reunion Place, Suite 800
San Antonio, Texas 78216
Telephone:   (210) 340-9800
Facsimile:   (210) 340-9888

ATTORNEY FOR DEFENDANTS
ALI SAQAR ALRUSAITEM AND
ORD TRANS, INC.

---

[7] *See* Certified Crash report as Exhibit B.

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in compliance with the Federal Rules of Civil Procedure on this 12th day of December, 2023.

Mr. Manuel Acuna-Neely
LAW OFFICES OF THOMAS J. HENRY, PLLC
5711 University Heights Blvd, Suite 101
San Antonio, Texas 78249
MAcunaNeely-svc@tjhlaw.com

By: _/s/ Gregory J. Peterson_
GREGORY J. PETERSON

## **CERTIFICATE OF CONFERENCE**

      This is to certify that I conferred with Plaintiffs' counsel on this motion and the requested relief, and that Plaintiffs' counsel indicated he was opposed.

By: _/s/ Gregory J. Peterson_
GREGORY J. PETERSON