UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**ANDREA CHABLE, individually and as Next Friend of AR. M. and AN. M.; and RAUL AGUILAR GUTIERREZ,**

*Plaintiffs*,

v.                                                                           Case No. 5:23-CV-0924-JKP

**ALI SAQAR ALRUSAITEM and ORD TRANS, INC.,**

*Defendants*.

## ORDER OF DISMISSAL

Based upon a Stipulation of Dismissal of Claims (ECF No. 37) filed by Plaintiffs, it appears that the parties have resolved all claims between them. The Federal Rules of Civil Procedure permit a plaintiff to voluntarily dismiss a case without a court order by filing a stipulation of dismissal signed by all parties. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). And, except as provided in Rule 41(a)(1), a court order is necessary to effectuate a dismissal at the plaintiff's request. *See* Fed. R. Civ. P. 41(a)(2). Furthermore, Rule 41(a)(2) recognizes that when "a defendant has pleaded a counterclaim before being served with the plaintiff's motion to dismiss, the action may be dismissed over the defendant's objection only if the counterclaim can remain pending for independent adjudication." Additionally, Rule 41(c) expressly makes Rule 41 applicable to dismissal of counterclaims.

After Defendants filed their original answer in this case, they both asserted counterclaims with leave of Court. *See* ECF Nos. 18 (order) and 19 (counterclaim). The docket does not reflect that any plaintiff filed an answer to the counterclaims. After the Court ordered the parties to provide a joint advisory as to the status of this case, *see* ECF No. 36, Plaintiffs filed the instant

stipulation of dismissal.

Based on the Stipulation of Dismissal, it appears that the parties intend for the stipulation to dismiss this action in its entirety with prejudice. The Stipulation, however, does not mention the counterclaims. Nor does it state any objection to dismissal or assert any intent to keep any counterclaim pending for independent adjudication. The Court finds that the Stipulation provides an adequate basis for the Court to dismiss this action in its entirety, including the asserted counterclaims. Accordingly, the Court **DISMISSES** this action in its entirety with prejudice at the parties' request. The parties will bear their own costs and attorney fees. The Court **DIRECTS the Clerk of Court to close this case.**

**SIGNED this 12th day of September 2024.**

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE